IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CHILD PROTECT, LLC,**<br>　　　　　Plaintiff,<br>v.<br>**SPRINT SPECTRUM, LP, et al.,**<br>　　　　　Defendants. | CIVIL ACTION NO. 6:09-cv-498-LED |

## STIPULATION OF JOINT DISMISSAL AS TO ALL REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Child Protect LLC ("Plaintiff") and Defendants Helio, LLC, Virgin Mobile USA, LP, Sprint Spectrum, LP, Nextel of Texas, Inc., AT&T Mobility LLC and Alltel Corporation, that pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby dismiss with prejudice all claims and counterclaims between the parties to this stipulation, with each party bearing their own attorney's fees and expenses.

DATED: January 5, 2011　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| **THE SIMON LAW FIRM, P.C.** | **SHOOK, HARDY & BACON** |
| /s/ Timothy E. Grochocinski | /s/ Megan Redmond |
| Anthony G. Simon | Megan Redmond |
| Timothy E. Grochocinski | Ryan J. Schletzbaum |
| 701 Market Street, Suite 1450 | 2555 Grand Blvd |
| St. Louis, MO 63101 | Kansas City, MO 64108-2613 |
| P. 314-241-2929 | P. 816-474-6550 |
| F. 314-241-2029 | F. 816-421-5547 |
| asimon@simonlawpc.com | mredmond@shb.com |
| teg@simonlawpc.com | rschletzbaum@shb.com |
| | *ATTORNEYS FOR DEFENDANTS HELIO, LLC and VIRGIN MOBILE USA, LP* |

BUETHER, JOE & CARPENTER, LLC

/s/ Christopher M. Joe
Christopher M. Joe
1700 Pacific Avenue, Suite 2390
Dallas, TX 75201
P. 214-466-1272
F. 635-1828
Chris.joe@bjciplaw.com

*ATTORNEY FOR DEFENDANTS SPRINT SPECTRUM, LP, NEXTEL OF TEXAS, INC., NEXTEL OPERATIONS, INC., AT&T MOBILITY LLC and ALLTEL CORPORATION*

AKIN, GUMP STRAUSS, HAUER & FELD

/s/ David R. Clonts
David R. Clonts
Rehan Mohammed Safiullah
Kenneth K. Suh
1111 Louisiana, 44th Floor
Houston, TX 77002
P. 713-220-5886
F. 713-236-0822
dclonts@akingump.com
rsafiullah@akingump.com
ksuh@akingump.com

and

Steven M. Zager
Akin, Gump, Strauss, Hauer & Feld
One Bryant Park
New York, NY 10036
P. 212-872-1037
F. 212-872-1002
szager@akingump.com

*ATTORNEYS FOR DEFENDANT AT&T MOBILITY LLC*

SNR DENTON US, LLP

/s/ Shailendra K. Maheshwari
Mark L. Hogge
Shailendra K. Maheshwari
1301 K Street, NW East Tower
Washington, DC 20005
P: 202-408-6443
F: 202-408-6399
Mark.Hogge@snrdenton.com
Shailendra.Maheshwari@snrdenton.com

***ATTORNEYS FOR DEFENDANTS SPRINT SPECTRUM, LP, NEXTEL OF TEXAS, INC, NEXTEL OPERATIONS, INC. and ALLTEL CORPORATION***

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all parties of record on January 5, 2011 via the Court's CM/ECF system.

/s/ Timothy E. Grochocinski
Timothy E. Grochocinski