### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **CHILD PROTECT, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | No. 6:09cv498 LED-JDL |
| | § | |
| **SPRINT SPECTRUM, LP, et al,** | § | JURY DEMANDED |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Orders dismissing the claims of all parties, the Court hereby enters final judgment.  Plaintiff Child Protect, LLC filed suit against seven (7) Defendants in this case on November 4, 2009.  Since that time, all Defendants have been dismissed: Cellco Partnership d/b/a Verizon Wireless (Doc. No. 111); Helio, LLC, Virgin Mobile USA, LP, Sprint Spectrum, LP, Nextel of Texas, Inc., AT&T Mobility LLC and Alltel Corporation (Doc. No. 139).

It is therefore **ORDERED, ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**.  All costs are to be borne by the party that incurred them.

It is further **ORDERED, ADJUDGED** and **DECREED** that all claims and counterclaims in the instant suit be **DISMISSED** in their entirety, with prejudice.

The Clerk of the Court is directed to close this case.

So ORDERED and SIGNED this 6th day of January, 2011.



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE